IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK GIBSON, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-4836 |
| | : | |
| LIEUTENANT MR. THOMPSON, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **8th** day of **July 2026**, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 41, the "Motion"), Defendants' Statement of Material Facts (ECF No. 42), the video evidence provided by Defendants (*see* ECF No. 43), Plaintiff's Brief in Support of Opposition to Defendants' Motion (ECF No. 47), Plaintiff's Opposition to Defendant's Motion (ECF No. 48), Plaintiff's Opposition to Defendants' Statement of Undisputed Material Facts (ECF No. 49), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Partial Summary Judgment (ECF No. 41) is **GRANTED IN PART and DENIED IN PART**, as set forth in the accompanying Memorandum Opinion.

2. Summary judgment is **GRANTED** as to Plaintiff's retaliation claim against all Defendants and Plaintiff's deliberate indifference claim against Defendants Beth and Thompson. Summary judgment is **DENIED** as to Plaintiff's excessive force claim, conditions of confinement claim, and deliberate indifference claim against Defendants Young, Randall, and Cole.

2

BY THE COURT:

/s/ Chad F. Kenney

CHAD F. KENNEY, JUDGE